UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 17-03758 AFM** | Date: July 6, 2017 |
| Title **Betty Kinney v. Nancy A. Berryhill** | |

Present: The Honorable: ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): ORDER TO SHOW CAUSE**

    By Order Re Procedures in Social Security Appeal filed May 5, 2017, plaintiff was ordered to file an appropriate Proof of Service of the Summons and Complaint within 30 days of the Court's Order. (ECF No. 10.) The docket sheet shows that, as late as the date of this Order, plaintiff has not filed an appropriate Proof of Service. Plaintiff has failed to comply with the Court's Order.

    Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of an appropriate Proof of Service within 20 days, shall discharge the order to show cause.

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |